UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------ x

DIANA WILLIAMS,

                              Plaintiff,         **NOTICE OF MOTION**

              -against-

CITY OF NEW YORK,                           **12 CV 6805 (VEC)**

                              Defendant.

------------------------------------------------------------------------x

        **PLEASE TAKE NOTICE** that that upon defendant City of New York's Memorandum of Law dated May 23, 2014; and upon all prior pleadings and proceedings had herein, defendant City of New York, will move this Court, before the Hon. Valerie E. Caproni, United States District Judge, at the United States Courthouse for the Southern District of New York, located at 40 Foley Square, New York, New York 10007, at a date and time to be determined, pursuant to Rule 12(c) of the Federal Rules of Civil Procedure, for the dismissal of plaintiff's claim for injunctive relief against it with prejudice (Count VI of Complaint) and for such other and further relief as the Court deems just and proper.

        **PLEASE TAKE FURTHER NOTICE**, that, plaintiff is to serve her opposition papers on the undersigned on or before June 6, 2014; and

        **PLEASE TAKE FURTHER NOTICE** that the moving defendant is to serve its reply papers on or before June 13, 2014.

Dated:        New York, New York
                 May 23, 2014

ZACHARY W. CARTER
Corporation Counsel of the
  City of New York
Attorney for Defendant City of New York
100 Church Street, Room 3-133b
New York, New York  10007
(212) 356-3519


By:          /s/
        Mark D. Zuckerman
        Senior Counsel