UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------ x

DIANA WILLIAMS,

                            Plaintiff,        **AMENDED NOTICE OF MOTION**

      -against-

CITY OF NEW YORK,

                                         **12 CV 6805 (VEC)**

                            Defendant.

------------------------------------------------------------------------x

**PLEASE TAKE NOTICE** that that upon defendant City of New York's corrected Memorandum of Law dated May 29, 2014[1]; and upon all prior pleadings and proceedings had herein, defendant City of New York, will move this Court, before the Hon. Valerie E. Caproni, United States District Judge, at the United States Courthouse for the Southern District of New York, located at 40 Foley Square, New York, New York 10007, at a date and time to be determined, pursuant to Rule 12(c) of the Federal Rules of Civil Procedure, for the dismissal of plaintiff's claim for injunctive relief against it with prejudice (Count VII of her Amended Complaint) and for such other and further relief as the Court deems just and proper.

**PLEASE TAKE FURTHER NOTICE**, that, plaintiff is to serve her opposition papers on the undersigned on or before June 12, 2014; and

**PLEASE TAKE FURTHER NOTICE** that the moving defendant is to serve its reply papers on or before June 19, 2014.

---

[1] The reason for the Amended Notice of Motion is that the defendant City has herewith filed a corrected Memorandum of Law which reflects that the operative pleading at this time is plaintiff's amended complaint, not her original complaint. The relief sought and the legal analysis remain the same as in defendant's motion which was filed on May 23, 2014.

Dated: New York, New York
May 29, 2014

        ZACHARY W. CARTER
        Corporation Counsel of the
          City of New York
        Attorney for Defendant City of New York
        100 Church Street, Room 3-133b
        New York, New York 10007
        (212) 356-3519

By:    /s/
        Mark D. Zuckerman
        Senior Counsel