UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

| | |
|---|---|
| DIANA WILLIAMS, | |
| Plaintiff, | |
| - against - | 12 Civ. 6805 (VEC) |
| THE CITY OF NEW YORK, | |
| Defendant. | |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

### DECLARATION OF DAVID J. KENNEDY

DAVID J. KENNEDY, pursuant to the provisions of 28 U.S.C. § 1746, declares as follows:

1. I am an Assistant United States Attorney in the Office of Preet Bharara, United States Attorney for the Southern District of New York, attorney for the United States. I respectfully submit this declaration in connection with the submission of the Statement of Interest of the United States in this case.

2. Annexed hereto as Exhibit A is a true and correct copy of the "ADA Best Practices Tool Kit for State and Local Governments" ("DOJ Tool Kit"), *available at* http://www.ada.gov/pcatoolkit/toolkitmain.htm.

3. Annexed hereto as Exhibit B is a true and correct copy of a Settlement Agreement dated November 18, 2009, between the United States and the New York City Police Department.

4. Annexed hereto as Exhibit C is a true and correct copy of U.S. Dep't of Justice, *Americans with Disabilities Act: Title II Technical Assistance Manual Covering State and Local*

*Government Programs and Services* § II-7.1000(B), illus. 3, at 3 (Nov. 1993 & Supp. 1994), *available at* http://www.ada.gov/taman2up.html.

    5.    Annexed hereto as Exhibit D is a true and correct copy of U.S. Dep't of Justice, *Commonly Asked Questions About the Americans with Disabilities Act and Law Enforcement* § I, question 2 (Apr. 4, 2006).

  I declare under penalty of perjury that the foregoing is true and correct.

Dated:    New York, New York
           February 24, 2015

                                       _/s/ David J. Kennedy_____
                         By:    DAVID J. KENNEDY
                                Assistant United States Attorney
                                86 Chambers Street, 3rd Floor
                                New York, New York 10007
                                Tel.: (212) 637-2733
                                Fax: (212) 637-0033